## COLORADO-UTE ELECTRIC ASSOCIATION, INC. *v.* WESTERN COLORADO POWER CO. ET AL.

No. 437. Decided October 24, 1966.

*John A. Hughes, Raphael J. Moses* and *John J. Conway* for appellant.

*Francis M. Shea, William H. Dempsey, Jr.,* and *John R. Barry* for appellees Western Colorado Power Co. et al.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## BRADFORD *v.* GAVAGAN, JUSTICE OF THE SUPREME COURT OF THE STATE OF NEW YORK, ET AL.

No. 574, Misc. Decided October 24, 1966.

Appellant *pro se.*

*Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.